**DENIED and Opinion Filed April 7, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00329-CV

### IN RE OMAR H. HENRY, Relator

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-56857-2018**

## MEMORANDUM OPINION
Before Justices Myers, Molberg, and Evans
Opinion by Justice Evans

In this original proceeding, Omar H. Henry attempted to file a document styled "Criminal Complaint Notice of Felony" purporting to accuse a Collin County judge of treason and other crimes. When the Clerk of the Court returned the document to relator on the ground relator had no appeal pending in this Court, relator resubmitted the document now accompanied with a second document beginning with the phrase "Order to Clerk of Court to Perform Specific Ministerial Acts" describing his filing as "pleadings for writ of habeas corpus" and alleging the Clerk of the Court is obliged to file relator's document.

"The purpose of a writ of habeas corpus is to obtain a speedy and effective adjudication of a person's right to liberation from illegal restraint." *Ex parte Kerr*,

64 S.W.3d 414, 419 (Tex. Crim. App. 2002); *see also Ex parte Gordon*, 584 S.W.2d 686, 687–88 (Tex. 1972) (original proceeding). Nowhere in any of his pleadings does relator articulate a basis for habeas relief.

Accordingly, we deny relator's petition. *See* TEX. R. APP. P. 52.8(a) (Court must deny petition if it concludes relator not entitled to relief).

/David Evans/
DAVID EVANS
JUSTICE

200329F.P05